IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  vs.  JOSHUA WAYNE REAMS,  Defendant. | CR-14-03-H-BMM  **ORDER** |

United States Magistrate Judge John Johnston entered Amended Findings and Recommendations in this matter on July 6, 2022. (Doc. 49.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on June 14, 2022. (Doc. 42.) The United States accused Joshua Reams (Reams) of violating his conditions of supervised release by committing another crime. (Doc. 31.)

At the revocation hearing, Reams admitted that he had violated the conditions of his supervised release by committing another crime. (Doc. 42.)  Judge Johnston found that the violation Reams admitted proved to be serious and warranted revocation, and recommended that Reams receive a custodial sentence of 60 months, no supervised release to follow. (Doc. 49.)  Reams was advised of his right to appeal and his right to allocute before the undersigned.  (Doc. 42.)

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 49) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Defendant Joshua Wayne Reams be sentenced to the Bureau of Prisons for 40 months, no supervised release to follow.

DATED this 13th day of July, 2022.

_____
Brian Morris, Chief District Judge
United States District Court